EXHIBIT "C"

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
20160958450  12/28/2016  04:18
ELECTRONIC RECORDING

PREPARED BY: SECURITY CONNECTIONS, INC.
WHEN RECORDED MAIL TO: SECURITY CONNECTIONS, INC.
240 TECHNOLOGY DRIVE
IDAHO FALLS, ID 83401, PH. (208)528-9895

yorkj

**ARIZONA**

COUNTY OF MARICOPA
LOAN NO

# CORPORATION ASSIGNMENT OF DEED OF TRUST

FOR THE VALUE RECEIVED, **HOUSEHOLD REALTY CORPORATION**, located at **C/O SELECT PORTFOLIO SERVICING, INC. 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119**, Assignor, does hereby grant, assign, and transfer to **DLJ MORTGAGE CAPITAL, INC.**, located at **ELEVEN MADISON AVENUE 4TH FLOOR, NEW YORK, NY 10010**, Assignee, its successors and assigns, all its rights, title and interest in and to that certain Deed of Trust dated **JANUARY 11, 2005**, and executed by **WILLIE HAYNES AND GRETA A HAYNES, HUSBAND AND WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP**, Trustor, to **HOUSEHOLD REALTY CORPORATION**, Original Trustee, for the benefit of **HOUSEHOLD REALTY CORPORATION**, Original Beneficiary, and recorded on **JANUARY 14, 2005** as Instrument No. **20050058257** in the Office of the County Recorder of **MARICOPA** County, State of **ARIZONA** and more particularly described in said Deed of Trust referred to herein.

Together with all rights accrued or to accrue under said Deed of Trust.

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this **NOVEMBER 16, 2016**.

**HOUSEHOLD REALTY CORPORATION, BY SELECT PORTFOLIO SERVICING, INC. AS ATTORNEY IN FACT**

_____
LISA CARTER, ASSISTANT VICE PRESIDENT

STATE OF **IDAHO**    COUNTY OF **BONNEVILLE**    ) ss.

On **NOVEMBER 16, 2016**, before me, **JOHANA LORENZANO**, personally appeared **LISA CARTER** known to me to be the **ASSISTANT VICE PRESIDENT** of the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

_____
JOHANA LORENZANO (COMMISSION EXP. 06/01/2022)
NOTARY PUBLIC

[JOHANA LORENZANO
NOTARY PUBLIC
STATE OF IDAHO]

Page 1 of 1

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
ADRIAN FONTES
20180085998 02/02/2018 01:46
ELECTRONIC RECORDING

sarabiam

**RECORDING REQUESTED BY:**
Select Portfolio Servicing, Inc.

When recorded return to :
Richmond Monroe Group
82 Jim Linegar LN
Branson West, MO, 65737
SPS

## ARIZONA CORPORATE ASSIGNMENT OF DEED OF TRUST

TS Ref #:
AZ/MARICOPA

Assignment Prepared On: January 08, 2018

**ASSIGNOR: DLJ MORTGAGE CAPITAL, INC. BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT** at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

**ASSIGNEE: U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, FOR THE CIM TRUST 2016-2, MORTGAGE-BACKED NOTES, SERIES 2016-2** at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Deed of Trust Dated: 1/11/2005, in the amount of $140,035.56, executed by WILLIE HAYNES AND GRETA A HAYNES, HUSBAND AND WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP to HOUSEHOLD REALTY CORPORATION and Recorded: 1/14/2005, Instrument #: 20050058257 in MARICOPA County, State of Arizona.

Property Address: 2241 E PLEASANT LN, PHOENIX, AZ, 85040

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

DLJ MORTGAGE CAPITAL, INC. BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT

On: 1/18/2018

Signature: Nancy van der Meide
Name: NANCY VAN DER MEIDE
Title: DOC CONTROL OFFICER

State of UTAH
County of SALT LAKE

On JAN 18 2018, before me, _____Amy Norton_____, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Nancy van der Meide, Doc. Control Officer, DLJ MORTGAGE CAPITAL, INC. BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

Amy Norton
Notary Expires: Feb 15, 2021  /#: 693626

AZ/MARICOPA

AMY NORTON
Notary Public State of Utah
Comm. Exp.: Feb. 15, 2021
Comm. Number: 693626