dave

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Willie | | Haynes |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Greta | Ann | Haynes |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **OneMain Financial**<br><br>Description of property securing debt: **2003 Cadillac Deville Sedan 99,000 miles Vehicle is in poor condition; currently inoperable. Vehicle is not currently registered nor insured. Value is debtor's best estimate. Lienholder: OneMain Financial. Located at debtors' residence** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **OneMain Financial**<br><br>Description of property: **2241 E. Pleasant Ln. Phoenix, AZ 85042 Maricopa County 1,724 sq. ft. Value obtained from www.zillow.com. First lienholder: Select Portfolio** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*. | ■ No<br><br>☐ Yes |

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 2:18-bk-00685-PS    Doc 1    Filed 01/24/18    Entered 01/24/18 12:58:26    Desc
Case 2:18-bk-00685-PS    Doc 115    Filed 03/07/18    Entered 03/07/18 16:14:35    Desc
Main Document    Page 55 of 70
Exhibit (E) Statement of Intent    Page 1 of 3

Debtor 1 **Willie Haynes**
Debtor 2 **Greta Ann Haynes**     Case number (if known) _____

| | | | |
|---|---|---|---|
| property securing debt: | Servicing, Inc. Second lienholder: OneMain Financial. | ☐ Retain the property and [explain]: _____ | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Santander Consumer USA** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>■ Yes |
| Description of property securing debt: | 2014 Hyundai Sonata GLS Sedan, 4D 35,000 miles Vehicle is in good condition. Value obtained from www.kbb.com. Lienholder: Santander Consumer USA. Located at debtors' residence. | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Select Portfolio Servicing, Inc.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ■ No<br><br>☐ Yes |
| Description of property securing debt: | 2241 E. Pleasant Ln. Phoenix, AZ 85042 Maricopa County 1,724 sq. ft. Value obtained from www.zillow.com. First lienholder: Select Portfolio Servicing, Inc. Second lienholder: OneMain Financial. | | |

**Part 2: List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **Consumer Cellular** | ☐ No<br><br>■ Yes |
| Description of leased Property: | Wireless cell phone service provider, month to month, debtors' to assume. | |
| Lessor's name: | **Cox Communications** | ☐ No<br><br>■ Yes |
| Description of leased Property: | Internet and land-line phone service provider, month to month, debtors' to assume. | |

**Part 3: Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal

Official Form 108     Statement of Intention for Individuals Filing Under Chapter 7     page 2

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Willie Haynes**
Debtor 2   **Greta Ann Haynes**                                    Case number *(if known)*

property that is subject to an unexpired lease.

X   **/s/ Willie Haynes**                          X   **/s/ Greta Ann Haynes**
    **Willie Haynes**                                  **Greta Ann Haynes**
    Signature of Debtor 1                              Signature of Debtor 2

    Date   **January 24, 2018**                    Date   **January 24, 2018**

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 2:18-bk-00685-PS   Doc 1   Filed 01/24/18   Entered 01/24/18 12:58:26   Desc
Case 2:18-bk-00685-PS   Doc 11-5   Filed 03/07/18   Entered 03/07/18 16:14:35   Desc
Main Document   Page 57 of 70
Exhibit (E) Statement of Intent   Page 3 of 3